**In the Matter of Thomas Cullen DAVIS; Karen Joyce Davis, Debtors.**

**Sandra DAVIS, Appellant,**

v.

**Thomas Cullen DAVIS, Appellee.**

No. 95–11112.

United States Court of Appeals, Fifth Circuit.

Dec. 17, 1997.

St. Clair Newbern, III, Fort Worth, TX, for Appellant.

sion of a small amount of crack alone obviously raises the inference of possession absent any

Ronald Ray Payne, Hesse & Jones, Dallas, TX, for Appellee.

Before POLITZ, Chief Judge, and KING, JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, DUHÉ, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS, BENAVIDES, STEWART, PARKER and DENNIS, Circuit Judges.

## ON PETITION FOR REHEARING AND SUGGESTION FOR REHEARING EN BANC

BY THE COURT:

A member of the Court in active service having requested a poll on the suggestion for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.